UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERY DAVIS | CIVIL ACTION |
| v. | NO. 18-2659 |
| DARREL VANNOY | SECTION "F" |

ORDER

IT IS ORDERED: that the Report and Recommendation of United States Magistrate Judge Janis van Meerveld is ADOPTED as the findings and conclusions of this Court.

Accordingly, IT IS FURTHER ORDERED: that the plaintiff's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, October 20, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE